

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,380

**EX PARTE GEORGY F. MUSHNIKOV, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1038237 IN THE 177TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to three years' imprisonment. He did not appeal his conviction.

Applicant contends that his trial counsel rendered ineffective assistance for failing to investigate and interview witnesses.

The trial court has determined that trial counsel was ineffective and that such ineffective representation prejudiced applicant. We agree. We find, therefore, that applicant is entitled to relief

from the judgment of conviction in Case No. 1038237 from the 177th Judicial District Court of

Harris County.  Relief is granted.  The judgment in Cause No. 1038237 in the 177th Judicial District

Court of Harris County is therefore set aside.


Delivered: July 30, 2010
Do Not Publish